THOMAS BOVE, Appellant, *v.* THE CITY OF ROME,
Respondent.

(Submitted February 15, 1918; decided March 5, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered December 29, 1915, affirming a judgment in
favor of defendant entered upon a verdict. The action
was brought to recover the balance claimed to be due
on a contract with the defendant for the laying of water
pipe. The defense was that the defendant had paid
plaintiff in full for all sums to which he was entitled
under the contract.

*D. Francis Searle* for appellant.

*Albert J. O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

WILLIAM F. BEHRMANN, as Substituted Trustee, Appellant,
*v.* FREDERICK W. SEYBEL et al., as Executors of DANIEL
E. SEYBEL, Deceased, et al., Respondents.

Reported below, 178 App. Div. 862.

(Argued February 25, 1918; decided March 5, 1918.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered August 7, 1917, affirming a
judgment in favor of defendants entered upon a decision
of the court on trial at Special Term in an action to
follow trust funds converted by the trustee and impress
a lien thereon.

The motion was made upon the grounds that the
affirmance by the Appellate Division was unanimous
and permission to appeal had not been obtained.

*Eliot Tuckerman* for motion.

*W. A. Keating* opposed.

Motion denied, with ten dollars costs.